UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENA K. PAIGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:17-CV-171-TLS |
| | ) |
| COLGATE, et al. | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

This matter is before the Court on the Motion to Stay [ECF No. 53], filed by Defendant American Dental Association on May 17, 2017. In anticipation of the upcoming in-person hearing before the United States Magistrate Judge Susan Collins [*see* ECF No. 37], the Court ORDERS that briefing on all pending motions be stayed until completion of the hearing. The Court also ORDERS that no further motions are to be filed by any party until completion of the hearing. Following the hearing, this Court will issue a briefing schedule.

For the reasons set forth above, the Court GRANTS the Motion for Stay [ECF No. 53], AS MODIFIED by this Court's Order.

SO ORDERED on May 18, 2017.

> s/ Theresa L. Springmann
> CHIEF JUDGE THERESA L. SPRINGMANN
> UNITED STATES DISTRICT COURT